# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS HAND, | No. 4:18-CV-01287 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DR. JULIAN GUTIERREZ and BARBARA ARENTZ, | |
| Defendants. | |

## ORDER

### SEPTEMBER 4, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 15) is **GRANTED**;

2. Hand's complaint (Doc. 1) is **DISMISSED** without prejudice; and

3. Hand may, within 30 days of the date of this Order, file an amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge