# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS HAND, | No. 4:18-CV-01287 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BARBARA ARENTZ, | |
| Defendant. | |

# ORDER

**FEBRUARY 11, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Arentz's motion for summary judgment, Doc. 47, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant Arentz, and against Plaintiff on all claims; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge